**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTURO MARTINEZ-ESCALONA, | No. 08-73099 |
| Petitioner, | Agency No. A075-769-492 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2010[**]

Before:     GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Arturo Martinez-Escalona, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Tapia v. Gonzales*, 430 F.3d 997, 999 (9th Cir. 2005), and we deny the petition for review.

The agency properly concluded that Martinez-Escalona was ineligible for cancellation of removal because he failed to meet the seven-year continuous physical presence requirement. *See* 8 U.S.C. § 1229b(a)(2) (requiring seven years of continuous residence after having been "admitted in any status"); *see also* 8 U.S.C. § 1101(a)(13)(A) (defining "admitted" as "the lawful entry of an alien into the United States after inspection and authorization by an immigration officer.").

**PETITION FOR REVIEW DENIED.**

08-73099